**STATE of Missouri, Respondent,**

v.

**Joshua James WILL, Appellant.**

**No. WD 68247.**

Missouri Court of Appeals,
Western District.

Oct. 7, 2008.

Rosalyn Koch, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, MO; Shaun Mackelprang and Lisa M. Kennedy, Office of Atty. Gen., Jefferson City, MO, for respondent.

Before HAROLD L. LOWENSTEIN, Presiding Judge, PAUL M. SPINDEN, Judge, and VICTOR C. HOWARD, Judge.

## ORDER

PER CURIAM.

Joshua Will appeals the circuit court's judgment convicting him of assault in the second degree. We affirm in this *per curiam* order issued pursuant to Rule 30.25(b).